IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | CR. NO. 1:18-10103-STA |
| TYLER MOORE, | |
| Defendant. | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on April 12, 2019, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Tyler Moore, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JULY 9, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to remain released on present bond.

**ENTERED** this the 12th day of April, 2019.

　　　　　　　　　　　　　　　　　　　s/ S. Thomas Anderson
　　　　　　　　　　　　　　　　　　　CHIEF JUDGE, U. S. DISTRICT COURT