IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CR. NO. 18-10103-STA |
| TYLER MOORE | * | |
| Defendant. | * | |

ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **sentencing hearing** is hereby re-set until the **13th day of August, 2019 at 2:00pm.**

IT IS SO ORDERED.

DATE: June 7, 2019.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE